Quality Custom Medical Supply, Inc., as Assignee of Dion Hunte, Appellant,
against
Citiwide Auto Leasing, Inc., Respondent.




Gary Tsirelman, P.C. (Ilya Murafa of counsel), for appellant.
Miller, Leiby & Associates, P.C. (Melissa M. Wolin of counsel), for respondent.

Appeal from an order of the Civil Court of the City of New York, Kings County (Steven Z. Mostofsky, J.), entered August 19, 2015. The order granted defendant's motion for summary judgment dismissing the complaint.




ORDERED that the order is affirmed, with $25 costs.
In this action by a provider to recover assigned first-party no-fault benefits, plaintiff appeals from an order of the Civil Court which granted defendant's motion for summary judgment dismissing the complaint on the ground of a lack of medical necessity.
Contrary to plaintiff's argument on appeal, the peer review report submitted by defendant sufficiently set forth a factual basis and medical rationale for the peer reviewer's determination that there was a lack of medical necessity for the supplies at issue in this case. Plaintiff failed to submit any medical evidence to rebut the conclusions set forth in the peer review report.
Accordingly, the order is affirmed.
PESCE, P.J., ALIOTTA and ELLIOT, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: June 01, 2018